```
            IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF MARYLAND
```

ENEDINA ALVAREZ                      *

       Plaintiff            *

     vs.                          * CIVIL ACTION NO. MJG-17-1010

JOSE CARMEN MAGANA ALVAREZ           *

       Defendant            *

\*    \*    \*    \*    \*    \*    \*    \*    \*

## MEMORANDUM AND ORDER

The Court has before it Respondent's Motion for Extension of Time to Designate Expert Witnesses and to File Disclosure of Declaration of Foreign Law [ECF No. 22] and the materials submitted relating thereto. The Court finds that a hearing is unnecessary.

The Court appreciates the timing difficulties imposed on all concerned by the Hague Convention's Article 11 contemplation of decisions within six weeks of case filing as well as the circumstances of all counsel. The Agreed Scheduling Order [ECF No. 16] provides for pretrial submissions and the trial hearing on May 30.[1]

By the instant motion, Respondent seeks an extension of the agreed May 17 deadlines for designating expert witnesses and for

---

1    All date references herein are to the year 2017 unless otherwise indicated.

filing a disclosure of declaration of foreign law in accordance with Article 14 of the Convention. Respondent has not requested a continuation of the trial date from May 30.

The Court finds it appropriate to provide Respondent's counsel some flexibility in regard to the pretrial deadlines without prejudicing Petitioner or delaying the ultimate disposition of the case.

Accordingly:

1. Respondent's Motion for Extension of Time to Designate Expert Witnesses and to File Disclosure of Declaration of Foreign Law [ECF No. 22] is GRANTED IN PART.

2. Respondent may file the disclosure of declaration of foreign law by the close of business (5:00 P.M.) on May 24, 2017, provided that an untranslated version of the document is provided to counsel for Petitioner by the close of business (5:00 P.M.) on May 22.

3. Respondent may file a designation of expert witness by the close of business (5:00 P.M.) on May 24.

4. Petitioner may, at or before the trial hearing, request appropriate relief in response to the extensions herein, for example in regard to any rebuttal expert or continuance in part of the trial hearing for further cross examination of Respondent's witnesses or presentation of additional witnesses for the Petitioner.

SO ORDERED, this Friday, May 19, 2017.

/s/
Marvin J. Garbis
United States District Judge